UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Novenergia II – Energy & Environment (SCA), Société d'Investissement à Capital Risque<br><br>Petitioner,<br><br>v.<br><br>The Kingdom of Spain,<br><br>Respondent. | Civil Action No. 18 Civ. 1148 (TSC) |

**DECLARATION REQUESTING FOREIGN MAILING**

I, the undersigned, counsel of record for Petitioner, admitted *pro hac vice* in this matter, respectfully request that the Clerk mail the following to be delivered to the Court in hard copy:

1) Two sets of the following documents in English, and two sets in Spanish, to be served upon the Respondent:

   a) Petition to Confirm Foreign Arbitral Award (Dkt. No. 1);

   b) Notice of Filing of Petition to Confirm Foreign Arbitral Award (Dkt. No. 1-1);

   c) Summons with accompanying Notice of Right to Consent to Trial Before a United States Magistrate Judge (Dkt. Nos. 1-2, 4);

   d) Civil Cover Sheet (Dkt. No. 1-3);

   e) Proposed Order (Dkt. No. 1-4);

    f) Declaration of Fernando Mantilla-Serrano, with exhibits (Dkt. Nos. 2, 2-1 to 2-3)[1];

    g) Corporate Disclosure Statement (Dkt. No. 3); and

    h) Summary of the Documents to Be Served and Warning (from the Hague Convention's Model Form);

by Federal Express pursuant to 28 U.S.C. § 1608 to:

> F.A.O. Dolores Delgado
> Ministra de Justicia
> Ministerio de Justicia
> San Bernardo, 45
> 28015-Madrid
> Spain

> F.A.O Consuelo Castro Rey
> Abogado General del Estado
> Abogacía General del Estado
> Dirección del Servicio Jurídico del Estado
> Ayala 5, First Floor,
> 28001-Madrid
> Spain

I certify that this method of service is authorized by the domestic law of the Kingdom of Spain, and that I obtained this information by reviewing available data provided on the U.S. Department of State's website, accessible via the following link :

https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Spain.html.

---

[1] Please note that the English text of the Energy Charter Treaty used as Exhibit 2 is from 2080 U.N.T.S. 100, and the Spanish version is the Spanish-language version from the Energy Charter Treaty website, https://energycharter.org/fileadmin/DocumentsMedia/Legal/ECT-es.pdf.

July 6, 2018

                                                        /s/ Claudia T. Salomon
                                                        Claudia T. Salomon (*pro hac vice*)