**Claudia T. Salomon**
Direct Dial: 212-906-1230
claudia.salomon@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM&WATKINS LLP

July 6, 2018

**VIA ECF AND BY HAND**

Ms. Angela D. Caesar
Clerk of Court
U.S. District Court for the District of Colombia
333 Constitution Ave., NW
Washington, D.C.  20001

*Re:*   Request for International Service of Process by Mail (Federal Express) pursuant to FRCP 4(f)(2)(c)(ii) and Article 10(a) of the Hague Service Convention on Defendant Kingdom of Spain in *Novenergia II – Energy & Environment (SCA) v. Kingdom of Spain, 18-cv-1148-TSC*

Dear Ms. Caesar:

I represent Petitioner in the above-referenced action.  I write to respectfully request your assistance in issuing service of process by mail (via Federal Express) pursuant to the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters (the "Hague Service Convention"), as made applicable pursuant to 28 U.S.C. § 1608, upon the Respondent, Kingdom of Spain.  The Respondent is located at the following addresses, and we respectfully request that Respondent is served by mail at both locations:

F.A.O. Dolores Delgado
Ministra de Justicia
Ministerio de Justicia
San Bernardo, 45
28015-Madrid
Spain

F.A.O Consuelo Castro Rey
Abogado General del Estado
Abogacía General del Estado
Dirección del Servicio Jurídico del Estado
Ayala 5, First Floor,
28001-Madrid
Spain

Ms. Angela D. Caesar
July 6, 2018
Page 2

LATHAM&WATKINS LLP

In furtherance of this request, please find enclosed the following:

1) Two sets of the following documents in English, and two sets in Spanish, to be served upon the Respondent:

   a) Petition to Confirm Foreign Arbitral Award (Dkt. No. 1);

   b) Notice of Filing of Petition to Confirm Foreign Arbitral Award (Dkt. No. 1-1);

   c) Summons with accompanying Notice of Right to Consent to Trial Before a United States Magistrate Judge (Dkt. Nos. 1-2, 4);

   d) Civil Cover Sheet (Dkt. No. 1-3);

   e) Proposed Order (Dkt. No. 1-4);

   f) Declaration of Fernando Mantilla-Serrano, with exhibits (Dkt. Nos. 2, 2-1 to 2-3)[1];

   g) Corporate Disclosure Statement (Dkt. No. 3); and

   h) Summary of the Documents to Be Served and Warning (from the Hague Convention's Model Form);

2) Declaration Requesting Foreign Mailing (Dkt. No. 8).

3) Two pre-paid, pre-addressed Federal Express labels to be used to forward the documents to Respondent; and

4) Courtesy copies of the Federal Express air bills for your files.

Please note that service of process by mail upon a defendant in Spain is proper under Article 10(a) of the Hague Service Convention to which both the U.S. and Spain are parties. Upon ratification of the Hague Service Convention, Spain did not object to service of process by mail under Article 10(a). Further, in *Water Splash Inc. v. Menon*, 137 S.Ct. 1504 (2017), the Supreme Court held that the Hague Service Convention did not prohibit service by mail. Therefore, in cases governed by the Hague Service Convention, a party may serve documents in a foreign country by mail as long as that country authorizes service by mail. Service via Federal Express is considered to be the equivalent of mail service in most state and federal courts. Additionally, the Special Commission to the Hague Conference on Private International Law has concluded "that for the purposes of Article 10(a) the use of a private courier was the equivalent of a postal channel." (Conclusions and Recommendations Adopted by the Special Commission on the Practical Operation of the Hague Apostille, Evidence, and Service Conventions (28

---

[1] Please note that the English text of the Energy Charter Treaty used as Exhibit 2 is from 2080 U.N.T.S. 100, and the Spanish version is the Spanish-language version from the Energy Charter Treaty website, https://energycharter.org/fileadmin/DocumentsMedia/Legal/ECT-es.pdf.

LATHAM & WATKINS LLP

October to 4 November 2003), published by the Permanent Bureau of the Hague Conference on Private International Law (2003)).

  Please feel free to contact me with any questions or concerns. I may be reached at 212-906-1230.

  Thank you very much for your time and assistance with the above.

        Respectfully submitted,

        Claudia T. Salomon
        (*pro hac vice*)
        of LATHAM & WATKINS LLP

Enclosures (in hard copy only)