PEEL HERE

ORIGIN ID:RDVA          (202) 637-2200
MATTHEW BAIER
LATHAM & WATKINS LLP
555 ELEVENTH STREET, NW
SUITE 1000
WASHINGTON, DC 20004 US
SIGN: MATTHEW BAIER

SHIP DATE: 05JUL18
ACT WGT: 16.00 LB
CAD: 112113359/WSXI3200

BILL SENDER
NO EEI 30.37(a)

TO F.A.O CONSUELO CASTRO REY
ABOGADO GENERAL DEL ESTADO
ABOGACIA GENERAL DEL ESTADO
AYALA 5, FIRST FLOOR
MADRID 28001

34915764424
INV
PO

REF 056448-0002 57266

DEPT

(ES)

552.2/8532/DCA5





A2

INTL PRIORITY

28001
-ES    MAD

TRK# 7817 2690 8177
0430

NX MADA



FedEx Label

ORIGIN ID:RDVA    (202) 637-2200
MATTHEW BAIER
LATHAM & WATKINS LLP
555 ELEVENTH STREET, NW
SUITE 1000
WASHINGTON, DC 20004 US
SIGN: MATTHEW BAIER

TO F.A.O. DOLORES DELGADO
MINISTRA DE JUSTICIA
MINISTERIO DE JUSTICIA
SAN BERNARDO, 45
MADRID 28015
34902007214
INV
PO

REF 056448-0002 57266

SHIP DATE: 05JUL18
ACTWGT: 1F 00 / B
CAD: 11211  /59/WS) 32( 1

BILL SENDER
NO EEI 30.37(a)

552.2/8532/DCA6

(ES)

FedEx Express

**E**

DEPT

A2

INTL PRIORITY

28015
MAD

-ES

TRK# **7817 2683 6336**
0430

# NX MADA



PS|Ship - FedEx Label