UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA),<br><br>Petitioner,<br><br>v.<br><br>THE KINGDOM OF SPAIN,<br><br>Respondent. | Civil Action No. 1:18-cv-1148<br><br>**ORAL HEARING REQUESTED** |

**MOTION OF THE KINGDOM OF SPAIN TO DISMISS AND TO
DENY PETITION FOR CONFIRMATION OF FOREIGN ARBITRAL AWARD**

Respondent the Kingdom of Spain ("Spain"), by and through its undersigned counsel, hereby moves to dismiss Petitioner Novenergia II – Energy & Environment (SCA) ("Novenergia")'s Petition to Confirm Foreign Arbitral, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and (6) and 9 U.S.C. § 207.  In the alternative, Spain requests an order staying these proceedings pursuant to 9 U.S.C. § 12 and Article VI of the 1958 Convention on the Recognition of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38. Pursuant to Local Civil Rule 7(m), counsel for Spain has conferred with counsel for Novenergia regarding Spain's alternative request for a stay; counsel for Novenergia stated that it opposes Spain's request.

Pursuant to Local Civil Rule 7(f), Spain respectfully requests that the Court schedule an oral hearing on its motion.

This motion is based upon the accompanying Memorandum of Law in Support of Motion to Dismiss and to Deny Petition for Confirmation of Foreign Arbitral Award and the

1

Declarations of Pontus Ewerlöf, Steffen Hindelang, Stefan Lindskog, and Nicholas Renzler, and the exhibits attached thereto, filed concurrently with this motion.

WHEREFORE, Spain respectfully requests that its motion to dismiss and to deny confirmation be granted.

Dated:  October 16, 2018

Respectfully submitted,

KINGDOM OF SPAIN

By its attorneys,
/s/ Derek C. Smith
Derek C. Smith (D.C. Bar No. 468674)
dcsmith@foleyhoag.com
Lawrence H. Martin (D.C. Bar No. 476639)
lmartin@foleyhoag.com
Nicholas M. Renzler (D.C. Bar No. 983359)
nrenzler@foleyhoag.com
Diana Tsutieva (D.C. Bar No. 1007818)
dtsutieva@foleyhoag.com
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel:  202-223-1200
Fax: 202-785-6687

Andrew Z. Schwartz (*pro hac vice* application pending)
aschwartz@foleyhoag.com
Andrew B. Loewenstein (*pro hac vice* application pending)
aloewenstein@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel:  617-832-1000
Fax: 617-832-7000

*Attorneys for Respondent*