**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA),<br><br>     Petitioner,<br><br>  v.<br><br>THE KINGDOM OF SPAIN,<br><br>     Respondent. | Civil Action No. 1:18-cv-1148 (TSC) |

**JOINT STATUS REPORT REGARDING SET-ASIDE PROCEEDINGS**
**PENDING IN THE SVEA COURT OF APPEAL**

Pursuant to the Court's Order dated January 27, 2020, Petitioner Novenergia II – Energy & Environment (SCA) ("Novenergia") and Respondent the Kingdom of Spain ("Spain") submit this joint status report regarding the proceedings pending before the Svea Court of Appeal ("Svea Court") to set aside the arbitral award (the "Award") at issue in this case.

1.   On April 8, 2020, Novenergia submitted its observations on the European Commission's request to the Svea Court and its brief replying to Spain's December 18, 2018 brief.

Dated:  May 4, 2020

NOVENERGIA II – ENERGY &
ENVIRONMENT (SCA)

By its attorneys,

LATHAM & WATKINS LLP


/s/ Claudia Salomon
Allen M. Gardner (DC Bar No. 456723)
Rebekah Soule (DC Bar No. 1033203)
555 11th St. NW
Washington, D.C. 20004
(202) 637-2200
allen.gardner@lw.com
rebekah.soule@lw.com

Claudia Salomon (*pro hac vice*)
Lilia Vazova (*pro hac vice*)
885 Third Avenue
New York, NY 10022
(212) 906-1200
claudia.salomon@lw.com
lilia.vazova@lw.com

Fernando Mantilla-Serrano (*pro hac vice*)
45, rue Saint-Dominique
Paris 75007
France
+33 1 40 62 20 00
fernando.mantilla@lw.com

*Attorneys for Petitioner*

Respectfully submitted,

KINGDOM OF SPAIN

By its attorneys,

FOLEY HOAG LLP


/s/ Derek C. Smith
Derek C. Smith (D.C. Bar No. 468674)
Lawrence H. Martin (D.C. Bar No. 476639)
Nicholas M. Renzler (D.C. Bar No. 983359)
Diana Tsutieva (D.C. Bar No. 1007818)
1717 K Street, NW
Washington, DC 20006-5350
202-223-1200
dcsmith@foleyhoag.com
lmartin@foleyhoag.com
nrenzler@foleyhoag.com
dtsutieva@foleyhoag.com

Andrew Z. Schwartz
    (D.D.C. Bar No. MA0017)
Andrew B. Loewenstein
    (D.D.C. Bar No. MA0018)
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
aschwartz@foleyhoag.com
aloewenstein@foleyhoag.com


*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the ECF system and thereby served upon all counsel of record.

/s/ *Claudia T. Salomon*
Claudia T. Salomon