**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA), <br><br> Petitioner, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:18-cv-1148 (TSC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT REGARDING SET-ASIDE PROCEEDINGS**
**PENDING IN THE SVEA COURT OF APPEAL**

Pursuant to the Court's Order dated January 27, 2020, Petitioner Novenergia II – Energy & Environment (SCA) ("Novenergia") and Respondent the Kingdom of Spain ("Spain") submit this joint status report regarding the proceedings pending before the Svea Court of Appeal ("Svea Court") to set aside the arbitral award (the "Award") at issue in this case.

Yesterday, the Parties notified the Court of a ruling issued by the Svea Court May 27, 2020, denying Spain's request to refer certain questions to the Court of Justice of the European Union and setting a deadline for the European Commission to submit third-party observations on Spain's set aside request.

There have been no updates since May 27, 2020.

Dated:  June 2, 2020

NOVENERGIA II – ENERGY &
ENVIRONMENT (SCA)

By its attorneys,

LATHAM & WATKINS LLP


/s/ Claudia Salomon
Allen M. Gardner (DC Bar No. 456723)
Rebekah Soule (DC Bar No. 1033203)
555 11th St. NW
Washington, D.C. 20004
(202) 637-2200
allen.gardner@lw.com
rebekah.soule@lw.com

Claudia Salomon (*pro hac vice*)
Lilia Vazova (*pro hac vice*)
885 Third Avenue
New York, NY 10022
(212) 906-1200
claudia.salomon@lw.com
lilia.vazova@lw.com

Fernando Mantilla-Serrano (*pro hac vice*)
45, rue Saint-Dominique
Paris 75007
France
+33 1 40 62 20 00
fernando.mantilla@lw.com

*Attorneys for Petitioner*

Respectfully submitted,

KINGDOM OF SPAIN

By its attorneys,

FOLEY HOAG LLP


/s/ Nicholas M. Renzler
Derek C. Smith (D.C. Bar No. 468674)
Lawrence H. Martin (D.C. Bar No. 476639)
Nicholas M. Renzler (D.C. Bar No. 983359)
Diana Tsutieva (D.C. Bar No. 1007818)
1717 K Street, NW
Washington, DC 20006-5350
202-223-1200
dcsmith@foleyhoag.com
lmartin@foleyhoag.com
nrenzler@foleyhoag.com
dtsutieva@foleyhoag.com

Andrew Z. Schwartz
   (D.D.C. Bar No. MA0017)
Andrew B. Loewenstein
   (D.D.C. Bar No. MA0018)
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
aschwartz@foleyhoag.com
aloewenstein@foleyhoag.com

*Attorneys for Respondent*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, I caused a true and correct copy of the foregoing to

be filed with the Clerk of the Court using the ECF system and thereby served upon all counsel of

record.

/s/ *Nicholas M. Renzler*
Nicholas M. Renzler