UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA), <br><br> Petitioner, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:18-cv-1148 (TSC) |

**JOINT STATUS REPORT REGARDING SET-ASIDE PROCEEDINGS
PENDING IN THE SVEA COURT OF APPEAL**

Pursuant to the Court's Order dated January 27, 2020, Petitioner Novenergia II – Energy & Environment (SCA) ("Novenergia") and Respondent the Kingdom of Spain ("Spain") submit this joint status report regarding the proceedings pending before the Svea Court of Appeal ("Svea Court") to set aside the arbitral award (the "Award") at issue in this case.

1. No significant developments have occurred in the proceedings pending before the Svea Court since the Parties filed their Joint Status Report on June 2, 2020.

1

| | |
|---|---|
| Dated: July 6, 2020 | Respectfully submitted, |
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA) | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| LATHAM & WATKINS LLP | FOLEY HOAG LLP |
| /s/ Claudia Salomon<br>Allen M. Gardner (DC Bar No. 456723)<br>Rebekah Soule (DC Bar No. 1033203)<br>555 11th St. NW<br>Washington, D.C. 20004<br>(202) 637-2200<br>allen.gardner@lw.com<br>rebekah.soule@lw.com<br><br>Claudia Salomon (*pro hac vice*)<br>Lilia Vazova (*pro hac vice*)<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>claudia.salomon@lw.com<br>lilia.vazova@lw.com<br><br>Fernando Mantilla-Serrano (*pro hac vice*)<br>45, rue Saint-Dominique<br>Paris 75007<br>France<br>+33 1 40 62 20 00<br>fernando.mantilla@lw.com<br><br>*Attorneys for Petitioner* | /s/ Derek C. Smith<br>Derek C. Smith (D.C. Bar No. 468674)<br>Lawrence H. Martin (D.C. Bar No. 476639)<br>Nicholas M. Renzler (D.C. Bar No. 983359)<br>Diana Tsutieva (D.C. Bar No. 1007818)<br>1717 K Street, NW<br>Washington, DC 20006-5350<br>202-223-1200<br>dcsmith@foleyhoag.com<br>lmartin@foleyhoag.com<br>nrenzler@foleyhoag.com<br>dtsutieva@foleyhoag.com<br><br>Andrew Z. Schwartz<br>    (D.D.C. Bar No. MA0017)<br>Andrew B. Loewenstein<br>    (D.D.C. Bar No. MA0018)<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>617-832-1000<br>aschwartz@foleyhoag.com<br>aloewenstein@foleyhoag.com<br><br>*Attorneys for Respondent* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the ECF system and thereby served upon all counsel of record.

/s/ *Claudia T. Salomon*
Claudia T. Salomon