UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA), <br><br> Petitioner, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:18-cv-1148 (TSC) |
| FORESIGHT LUXEMBOURG SOLAR 1 S.À.R.L., et al., <br><br> Petitioners, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:20-cv-925 (TSC) |

**JOINT STATUS REPORT REGARDING
<u>SET ASIDE PROCEEDINGS PENDING IN THE SVEA COURT OF APPEAL</u>**

Pursuant to the Court's Order dated September 9, 2020, Petitioners Novenergia II – Energy & Environment (SCA) ("Novenergia"), Foresight Luxembourg Solar 1 S.À.R.L., Foresight Luxembourg Solar 2 S.À.R.L., Greentech Energy Systems A/S (now known as Athena Investments A/S), GWM Renewable Energy I S.P.A., and GWM Renewable Energy II S.P.A. (collectively, the "Foresight Petitioners"), and Respondent the Kingdom of Spain ("Spain") submit this joint status report regarding the two separate proceedings brought by Spain in the Svea Court

1

of Appeal in Sweden ("Svea Court") to set aside each of the two arbitral awards at issue in these actions.

### I.   Proceedings in Spain's Action to Set Aside the Award in *Novenergia*

On October 30, 2020, Spain submitted comments on the parts of the Svea Court's draft case summary addressing Spain's case together with Spain's statement of evidence. Spain also submitted an expert legal opinion on the issue of European Union law. On November 2, 2020, Spain supplemented the previously submitted expert opinion.

### II.  Proceedings in Spain's Action to Set Aside the Award in *Foresight*

As the Court will recall, on February 14, 2019 Spain requested that the Svea Court refer certain questions to the CJEU for a preliminary ruling. ECF No. 58, p. 3. Spain revised its referral questions on October 15, 2019. A true and correct copy of Spain's October 15, 2019 referral questions are attached hereto as **Exhibit A** (original Swedish excerpt followed by English translation). On October 23, 2020 the Svea Court denied Spain's request to refer questions to the CJEU for a preliminary ruling. *The Kingdom of Spain v. Foresight et al.*, Case No. T 1626-19, Decision, October 26, 2020, p. 2. A true and correct copy of that decision, preceded by its English translation, is attached hereto as **Exhibit B**.

The Svea Court's October 23, 2020 decision also granted the European Commission's request to intervene and the European Commission must file its brief by December 18, 2020.

| | |
|---|---|
| Dated:  November 4, 2020 | Respectfully submitted, |
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA) | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| LATHAM & WATKINS LLP | FOLEY HOAG LLP |

| | |
|---|---|
| /s/ Claudia Salomon | /s/ Nicholas M. Renzler |
| Allen M. Gardner (D.C. Bar No. 456723) | Derek C. Smith (D.C. Bar No. 468674) |
| Rebekah Soule (D.C. Bar No. 1033203) | Lawrence H. Martin (D.C. Bar No. 476639) |
| 555 11th Street, NW | Nicholas M. Renzler (D.C. Bar No. 983359) |
| Washington, D.C. 20004 | Diana Tsutieva (D.C. Bar No. 1007818) |
| (202) 637-2200 | 1717 K Street, NW |
| allen.gardner@lw.com | Washington, D.C. 20006 |
| rebekah.soule@lw.com | 202-223-1200 |
| | dcsmith@foleyhoag.com |
| | lmartin@foleyhoag.com |
| Claudia Salomon (*pro hac vice*) | nrenzler@foleyhoag.com |
| Lilia Vazova (*pro hac vice*) | dtsutieva@foleyhoag.com |
| 885 Third Avenue | |
| New York, NY 10022 | Andrew Z. Schwartz |
| (212) 906-1200 |    (D.D.C. Bar No. MA0017) |
| claudia.salomon@lw.com | Andrew B. Loewenstein |
| lilia.vazova@lw.com |    (D.D.C. Bar No. MA0018) |
| | Seaport West |
| | 155 Seaport Boulevard |
| Fernando Mantilla-Serrano (*pro hac vice*) | Boston, MA 02210-2600 |
| 45, rue Saint-Dominique | 617-832-1000 |
| Paris 75007 | aschwartz@foleyhoag.com |
| France | aloewenstein@foleyhoag.com |
| +33 1 40 62 20 00 | |
| fernando.mantilla@lw.com | |

3

FORESIGHT LUXEMBOURG SOLAR 1 S.À.R.L., FORESIGHT LUXEMBOURG SOLAR 2 S.À.R.L., GREENTECH ENERGY SYSTEMS A/S (NOW KNOWN AS ATHENA INVESTMENTS A/S), GWM RENEWABLE ENERGY I S.P.A., AND GWM RENEWABLE ENERGY II

By their attorneys,

KING & SPALDING LLP
/s/ James E. Berger
James E. Berger (D.C. Bar 481408)
Charlene C. Sun (D.C. Bar 1027854)
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
jberger@kslaw.com
csun@kslaw.com