UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA),<br><br>                  Petitioner,<br><br>          v.<br><br>THE KINGDOM OF SPAIN,<br><br>                  Respondent. | Civil Action No. 1:18-cv-1148 (TSC) |
| FORESIGHT LUXEMBOURG SOLAR 1 S.À.R.L., et al.,<br><br>                  Petitioners,<br><br>          v.<br><br>THE KINGDOM OF SPAIN,<br><br>                  Respondent. | Civil Action No. 1:20-cv-925 (TSC) |

**JOINT STATUS REPORT REGARDING
<u>SET ASIDE PROCEEDINGS PENDING IN THE SVEA COURT OF APPEAL</u>**

      Pursuant to the Court's Order dated September 9, 2020, Petitioners Novenergia II – Energy & Environment (SCA) ("Novenergia"), Foresight Luxembourg Solar 1 S.À.R.L., Foresight Luxembourg Solar 2 S.À.R.L., Greentech Energy Systems A/S (now known as Athena Investments A/S), GWM Renewable Energy I S.P.A., and GWM Renewable Energy II S.P.A. (collectively, the "Foresight Petitioners"), and Respondent the Kingdom of Spain ("Spain") submit this joint status report regarding the two separate proceedings brought by Spain in the Svea Court

1

of Appeal in Sweden ("Svea Court") to set aside each of the two arbitral awards at issue in these actions.

### I.      Proceedings in Spain's Action to Set Aside the Award in *Novenergia*

On November 23, 2020, the Svea Court informed the parties that it had postponed making a decision whether to permit the European Commission to submit oral observations to the Svea Court during a final merits hearing. It also informed the parties that prior to making such a decision, the Svea Court intends to issue a decision on Spain's renewed request to refer certain questions to the Court of Justice of the European Union.

### II.     Proceedings in Spain's Action to Set Aside the Award in *Foresight*

On November 18, 2020, the Svea Court issued a notification (*underrättelse*) informing the parties that, by the end of the year, it plans to circulate a timetable for the procedure in the case leading up to a merits hearing. The notification specified that the Svea Court expects to finalize and circulate a draft case summary by the end of the year, on which the parties would have an opportunity to provide comments. It also informed the parties that, by the end of the year, it expects to set a date for a 2-day merits hearing, likely in September or October 2021.

In its November 18, 2020 notification, the Svea Court also granted the Foresight Petitioners' request to submit comments on Spain's brief of October 15, 2019; they must submit any comments by December 31, 2020.

Dated: December 4, 2020

NOVENERGIA II – ENERGY & ENVIRONMENT (SCA)

By its attorneys,

LATHAM & WATKINS LLP

/s/ Claudia Salomon
Allen M. Gardner (D.C. Bar No. 456723)
Rebekah Soule (D.C. Bar No. 1033203)
555 11th Street, NW
Washington, D.C. 20004
(202) 637-2200
allen.gardner@lw.com
rebekah.soule@lw.com

Claudia Salomon (*pro hac vice*)
Lilia Vazova (*pro hac vice*)
885 Third Avenue
New York, NY 10022
(212) 906-1200
claudia.salomon@lw.com
lilia.vazova@lw.com

Fernando Mantilla-Serrano (*pro hac vice*)
45, rue Saint-Dominique
Paris 75007
France
+33 1 40 62 20 00
fernando.mantilla@lw.com

Respectfully submitted,

KINGDOM OF SPAIN

By its attorneys,

FOLEY HOAG LLP

/s/ Nicholas M. Renzler
Derek C. Smith (D.C. Bar No. 468674)
Lawrence H. Martin (D.C. Bar No. 476639)
Nicholas M. Renzler (D.C. Bar No. 983359)
Diana Tsutieva (D.C. Bar No. 1007818)
1717 K Street, NW
Washington, D.C. 20006
202-223-1200
dcsmith@foleyhoag.com
lmartin@foleyhoag.com
nrenzler@foleyhoag.com
dtsutieva@foleyhoag.com

Andrew Z. Schwartz
    (D.D.C. Bar No. MA0017)
Andrew B. Loewenstein
    (D.D.C. Bar No. MA0018)
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
aschwartz@foleyhoag.com
aloewenstein@foleyhoag.com

FORESIGHT LUXEMBOURG SOLAR 1
S.À.R.L., FORESIGHT LUXEMBOURG
SOLAR 2 S.À.R.L., GREENTECH
ENERGY SYSTEMS A/S (NOW KNOWN
AS ATHENA INVESTMENTS A/S), GWM
RENEWABLE ENERGY I S.P.A., AND
GWM RENEWABLE ENERGY II

By their attorneys,

KING & SPALDING LLP
/s/ James E. Berger
James E. Berger (D.C. Bar 481408)
Charlene C. Sun (D.C. Bar 1027854)
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
jberger@kslaw.com
csun@kslaw.com

4