**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA), <br><br> Petitioner, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:18-cv-1148 (TSC) |
| FORESIGHT LUXEMBOURG SOLAR 1 S.À.R.L., et al., <br><br> Petitioners, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:20-cv-925 (TSC) |

**JOINT STATUS REPORT REGARDING**
**SET ASIDE PROCEEDINGS PENDING IN THE SVEA COURT OF APPEAL**

Pursuant to the Court's Order dated September 9, 2020, Petitioners Novenergia II – Energy & Environment (SCA) ("Novenergia"), Foresight Luxembourg Solar 1 S.À.R.L., Foresight Luxembourg Solar 2 S.À.R.L., Greentech Energy Systems A/S (now known as Athena Investments A/S), GWM Renewable Energy I S.P.A., and GWM Renewable Energy II S.P.A. (collectively, the "Foresight Petitioners"), and Respondent the Kingdom of Spain ("Spain") submit this joint status report regarding the two separate proceedings brought by Spain in the Svea Court

1

of Appeal in Sweden ("Svea Court") to set aside each of the two arbitral awards at issue in these actions.

### I.  Proceedings in Spain's Action to Set Aside the Award in *Novenergia*

On December 18, 2020, Novenergia filed a submission commenting on the Court's draft case summary and Spain's submission on November 5, 2020. Spain will file its final submission on the case summary by January 22, 2021.

### II.  Proceedings in Spain's Action to Set Aside the Award in *Foresight*

On December 17, 2020, pursuant to the leave granted by the Svea Court, the European Commission submitted an *amicus curiae* brief. On December 22, 2020, the Svea Court ordered the parties to submit comments on that brief by January 29, 2021.

Pursuant to leave granted by the Svea Court, the Foresight Petitioners will submit comments on Spain's brief of October 15, 2019 by January 8, 2021.

Dated: January 4, 2021

NOVENERGIA II – ENERGY &
ENVIRONMENT (SCA)

By its attorneys,

LATHAM & WATKINS LLP


/s/ Rebekah L. Soule
Allen M. Gardner (D.C. Bar No. 456723)
Rebekah Soule (D.C. Bar No. 1033203)
555 11th Street, NW
Washington, D.C. 20004
(202) 637-2200
allen.gardner@lw.com
rebekah.soule@lw.com
Lilia Vazova (*pro hac vice*)
885 Third Avenue
New York, NY 10022
(212) 906-1200
claudia.salomon@lw.com
lilia.vazova@lw.com


Fernando Mantilla-Serrano (*pro hac vice*)
45, rue Saint-Dominique
Paris 75007
France
+33 1 40 62 20 00
fernando.mantilla@lw.com

Respectfully submitted,

KINGDOM OF SPAIN

By its attorneys,

FOLEY HOAG LLP


/s/ Nicholas M. Renzler
Derek C. Smith (D.C. Bar No. 468674)
Lawrence H. Martin (D.C. Bar No. 476639)
Nicholas M. Renzler (D.C. Bar No. 983359)
Diana Tsutieva (D.C. Bar No. 1007818)
1717 K Street, NW
Washington, D.C. 20006
202-223-1200
dcsmith@foleyhoag.com
lmartin@foleyhoag.com
nrenzler@foleyhoag.com
dtsutieva@foleyhoag.com

Andrew Z. Schwartz
    (D.D.C. Bar No. MA0017)
Andrew B. Loewenstein
    (D.D.C. Bar No. MA0018)
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
aschwartz@foleyhoag.com
aloewenstein@foleyhoag.com

FORESIGHT LUXEMBOURG SOLAR 1
S.À.R.L., FORESIGHT LUXEMBOURG
SOLAR 2 S.À.R.L., GREENTECH
ENERGY SYSTEMS A/S (NOW KNOWN
AS ATHENA INVESTMENTS A/S), GWM
RENEWABLE ENERGY I S.P.A., AND
GWM RENEWABLE ENERGY II

By their attorneys,

KING & SPALDING LLP
/s/ James E. Berger
James E. Berger (D.C. Bar 481408)
Charlene C. Sun (D.C. Bar 1027854)
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
jberger@kslaw.com
csun@kslaw.com