UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA),<br><br>    Petitioner,<br><br>  v.<br><br>THE KINGDOM OF SPAIN,<br><br>    Respondent. | Civil Action No. 1:18-cv-1148 (TSC) |
| FORESIGHT LUXEMBOURG SOLAR 1 S.À.R.L., et al.,<br><br>    Petitioners,<br><br>  v.<br><br>THE KINGDOM OF SPAIN,<br><br>    Respondent. | Civil Action No. 1:20-cv-925 (TSC) |

**JOINT STATUS REPORT REGARDING
SET ASIDE PROCEEDINGS IN SWEDEN**

   Pursuant to the Court's Order dated September 9, 2020, Petitioners Novenergia II – Energy & Environment (SCA), Foresight Luxembourg Solar 1 S.À.R.L., Foresight Luxembourg Solar 2 S.À.R.L., Greentech Energy Systems A/S, and Respondent the Kingdom of Spain submit this joint status report regarding the two separate proceedings brought by Spain in the Svea Court of Appeal in Sweden to set aside the two arbitral awards at issue in these actions.

   There have been no updates in either proceeding since the Parties' July 2023 joint status report, D.E. 99.

| | |
|---|---|
| Dated: August 14, 2023 | Respectfully submitted, |
| NOVENERGIA II – ENERGY & ENVIRONMENT (SCA) | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| LATHAM & WATKINS LLP | FOLEY HOAG LLP |
| /s/ Rebekah L. Soule<br>Allen M. Gardner (D.C. Bar No. 456723)<br>Rebekah Soule (D.C. Bar No. 1033203)<br>555 11th Street, NW<br>Washington, D.C. 20004<br>(202) 637-2200<br>allen.gardner@lw.com<br>rebekah.soule@lw.com | /s/ Nicholas M. Renzler<br>Derek C. Smith (D.C. Bar No. 468674)<br>Lawrence H. Martin (D.C. Bar No. 476639)<br>1717 K Street, NW<br>Washington, D.C. 20006<br>202-223-1200<br>dcsmith@foleyhoag.com<br>lmartin@foleyhoag.com |
| Lilia Vazova (*pro hac vice*)<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>lilia.vazova@lw.com | Andrew Z. Schwartz<br>    (D.D.C. Bar No. MA0017)<br>Andrew B. Loewenstein<br>    (D.D.C. Bar No. MA0018)<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>617-832-1000<br>aschwartz@foleyhoag.com<br>aloewenstein@foleyhoag.com |
| Fernando Mantilla-Serrano (*pro hac vice*)<br>45, rue Saint-Dominique<br>Paris 75007<br>France<br>+33 1 40 62 20 00<br>fernando.mantilla@lw.com | Nicholas M. Renzler (D.C. Bar No. 983359)<br>1301 Avenue of the Americas<br>New York, NY 10019<br>212-812-0400<br>nrenzler@foleyhoag.com |

FORESIGHT LUXEMBOURG SOLAR 1 S.À.R.L., FORESIGHT LUXEMBOURG SOLAR 2 S.À.R.L., GREENTECH ENERGY SYSTEMS A/S (NOW KNOWN AS ATHENA INVESTMENTS A/S), GWM RENEWABLE ENERGY I S.P.A., AND GWM RENEWABLE ENERGY II

By their attorneys,

KING & SPALDING LLP

/s/ Thomas Childs
Thomas Childs (D.D.C. Bar No. NY0449)
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
tchilds@kslaw.com