**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NOVENERGIA II – ENERGY & ENVIRONMENT (SCA)**, | |
| *Petitioner*, | |
| v. | Case No. 1:18-cv-1148 (TSC) |
| **THE KINGDOM OF SPAIN**, | |
| *Respondent*. | |
| | |
| **FORESIGHT FUND MANAGERS LTD.**, | |
| *Petitioner*, | |
| v. | Case No. 1:20-cv-925 (TSC) |
| **THE KINGDOM OF SPAIN**, | |
| *Respondent*. | |

**DECLARATION OF THOMAS C.C. CHILDS IN SUPPORT OF**
**MOTION TO SUBSTITUTE FORESIGHT FUND MANAGERS LTD.**
**FOR PETITIONER IN CASE NO. 1:18-CV-1148**

Pursuant to 28 U.S.C. § 1746, I, THOMAS C.C. CHILDS, declare as follows:

1.      I am an attorney admitted to practice law in New York and admitted in this Court. I am counsel at the law firm King & Spalding LLP, and I represent Petitioner Novenergia II – Energy & Environment (SCA) ("Novenergia") in Case No. 1:18-cv-1148 and Foresight Fund Managers Limited ("Foresight Fund").

1

2.      I respectfully submit this declaration in support of Novenergia's and Foresight Fund's motion for an order substituting Foresight Fund for Novenergia in Case No. 1:18-cv-1148, and to place before the Court the following exhibits attached hereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Deed of Assignment dated January 21, 2026 between Novenergia as assignor and Foresight Fund as assignee.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the notice of assignment that Novenergia and Foresight Fund sent to Respondent the Kingdom of Spain on February 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2026

   /s/ *Thomas C.C. Childs*
Thomas C.C. Childs (NY0449)
KING & SPALDING LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 556-2200
Fax: (212) 556-2222
tchilds@kslaw.com

2