# EXHIBIT B

| | |
|---|---|
| **From:** | Tom Childs |
| **To:** | NRenzler |
| **Cc:** | Smith, Derek; lmartin@foleyhoag.com; Loewenstein, Andrew; arkatz@foleyhoag.com; ABID.QURESHI@LW.COM; Rachael.Westmoreland@lw.com; Santiago.Bejarano@lw.com; nicholas.boyle@lw.com; Fernando.Mantilla@lw.com; Lilia.Vazova@lw.Com; Camilla Akbari; Maryssa Ziegler |
| **Subject:** | Novenergia v. Spain, Case No. 1:18-cv-1148 (TSC) |
| **Date:** | Tuesday, February 3, 2026 3:00:45 PM |

Dear Nick,

As you may have seen, I filed a notice of appearance today for Petitioner Novenergia II – Energy & Environment (SCA) ("Novenergia") in Case No. 1:18-cv-1148. The purpose of this email is three-fold.

First, Novenergia and Foresight Fund Managers Ltd. ("Foresight Fund") hereby inform Respondent the Kingdom Spain that Novenergia has assigned all its rights under its award against Spain to Foresight Fund.

Second, Novenergia and Foresight Fund request Spain's consent to their planned motion under FRCP 25(c) for substitution of Foresight Fund as petitioner in Case No. 1:18-cv-1148. Substitution is appropriate because Foresight Fund now is entitled to any amount received or recovered under the award. *See Novenergia II – Energy & Env't (SCA) v. Kingdom of Spain*, Case No. 1:18-cv-1148, Min. Order (D.D.C. Aug. 18, 2025) (granting motion to substitute Foresight Fund for petitioners in Case No. 1:20-cv-925).

Third, the Latham & Watkins attorneys who have appeared for Novenergia in Case No. 1:18-cv-1148 (copied on this email) intend to move to withdraw as counsel and request your consent to that motion.

Please let us know by the close of business on Friday, February 6, whether Spain consents to (i) the substitution of Foresight Fund for Novenergia as petitioner in Case No. 1:18-cv-1148 and (ii) the withdrawal of Latham & Watkins as counsel to Novenergia in the same case. Thanks.

Best,
Tom

---

**Tom Childs**
*Counsel*

T: +1 212 556 2167 | tchilds@kslaw.com | Bio | vCard