**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **NOVENERGIA II – ENERGY & ENVIRONMENT (SCA)**, <br><br> *Petitioner*, <br><br> v. <br><br> **THE KINGDOM OF SPAIN**, <br><br> *Respondent.* | Case No. 1:18-cv-1148 (TSC) |
| **FORESIGHT FUND MANAGERS LTD.**, <br><br> *Petitioner*, <br><br> v. <br><br> **THE KINGDOM OF SPAIN**, <br><br> *Respondent.* | Case No. 1:20-cv-925 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of Petitioner Novenergia II – Energy & Environment (SCA) and Foresight Fund Managers Limited's Motion for Substitution in Case No. 1:18-cv-1148, and all supporting documents thereto, it is on this _____ day of _____, 2026, hereby:

**ORDERED** that the Motion for Substitution is **GRANTED**.

**SO ORDERED**.

2

_____

Hon. Tanya S. Chutkan
United States District Judge